# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sharon Haack

                                    Plaintiff,

v.                                                       Case No.: 1:06−cv−06665
                                                              Honorable James F. Holderman

C. H. Robinson Worldwide, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2007:

      MINUTE entry before Judge James F. Holderman :Defendant C.H. Robinson Worldwide, Inc.'s motion for extension of time (until 2/1/2007) to file answer [9] is granted. Counsel for the plaintiffs fail to appear. Status hearing set for 2/8/2007 at 9:00 AM; counsel for the plaintiffs is requested to appear at the status hearing. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.