Haack v. C.H. Robinson Worldwide                                                                                    Doc. 25

Case: 8:07-cv-00180-JFB-TDT   Case 1:06-cv-06665   Document 26  Document 25   Filed: 03/20/2007   Filed 04/06/2007   Page 1 of 1   Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sharon Haack

                        Plaintiff,

v.                                                                          Case No.: 1:06−cv−06665
                                                                       Honorable James F. Holderman

C. H. Robinson Worldwide, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 20, 2007:

        MINUTE entry before Judge James F. Holderman :Defendant's motion for leave to supplement its reply brief [23] is moot. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.