# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON HAACK, | ) |
| | ) |
| Plaintiff, | )    8:07CV130 |
| | ) |
| vs. | )    ORDER TO SHOW CAUSE |
| | ) |
| C.H. ROBINSON WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

The records of the court show that on April 11, 2007, letters (Filings Nos. 28, 29, 30, 31, 33 & 34 ) were sent to:

L. Steven Platt
ARNOLD & KADJAN LAW FIRM
19 West Jackson Boulevard
Suite 300
Chicago, IL 60604-3958

Ernest Hemming Ostrand
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-4205

Michael Lieder
SPRENGER & LANG, PLLC
1400 Eye Street N.W.
Suite 500
Washington, DC 20005

Richard Patrick McArdle
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-4205

Steven M. Sprenger
SPRENGER & LANC, PPLC
1400 Eye Street N.W.
Suite 500
Washington, DC 20005

Tanya L. Jachimiak
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-4205

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on May 21, 2007, none of the attorneys have complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **June 6, 2007**, attorneys Platt, Lieder, Sprenger, Ostrand, McArdle, and Jachimiak shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 22nd day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge