IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON HAACK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV130 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| C.H. ROBINSON WORLDWIDE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Stay Proceedings Pending Judicial Approval of Agreed Settlement (Filing No. 37). The defendant states this action may be transferred as one of 101 similar other cases involving the defendant and claims under the Fair Labor Standards Act. The Judicial Panel on Multidistrict Litigation is scheduled to hear the parties' joint motion for settlement of the cases on May 31, 2007. Accordingly, the defendant seeks a stay of all deadlines by 120 days. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Unopposed Motion to Stay Proceedings Pending Judicial Approval of Agreed Settlement (Filing No. 37) is granted, as set forth below.

2. All proceedings in this matter are stayed, including the June 6, 2007 show cause deadline, until further order of this court or transfer to the multi-district litigation docket.

3. Counsel shall file a joint status report concerning the status of this case on **July 24, 2007, and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 30th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge