JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2007

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT
DISTRICT OF

07 JUL 16 PM 12: 17

OFFICE OF THE CLERK

*RELEASED FOR PUBLICATION*

**DOCKET NO. 1849**          8:07cv130

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE C.H. ROBINSON WORLDWIDE, INC., OVERTIME PAY LITIGATION

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,\* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by plaintiffs in the 100 actions listed on Schedule A and two additional actions for coordinated or consolidated pretrial proceedings of these actions in the Northern District of Illinois or, in the alternative, the District of Minnesota.[1] Lone defendant C.H. Robinson Worldwide, Inc. (CHRW) opposes the motion. After their initial submissions to the Panel, all parties filed a joint pleading with the Panel requesting transfer for the limited purpose of obtaining settlement approval in the Northern District of Illinois or, alternatively, the District of Minnesota.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve one or more common questions of fact, and centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions involve similar allegations that certain employees of CHRW are entitled to compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* Centralization under Section 1407 is necessary in order to conserve the resources of the parties, their counsel and the judiciary, particularly with respect to settlement approval. We decline to circumscribe the breadth of the pretrial proceedings as requested by the parties, instead leaving such matters to the discretion of the transferee judge. Whenever the transferee judge deems remand of any

---

\* Judge Miller took no part in the decision of this matter.

[1] Plaintiffs initially included 102 actions in their motion, but later amended the schedule to exclude the 28 Northern District of Illinois actions that were closed and pending transfer under 28 U.S.C. § 1404(a) at that time. Two of these actions remain in that status. Because all parties are represented by common counsel and have filed pleadings stating their positions before the Panel, 100 actions are encompassed by this order. The remaining two actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this docket. This is the district in which approximately one-fourth of the actions are now pending. Also, the transferee judge to whom we are assigning this litigation has developed a familiarity with the issues, parties, and counsel involved in these actions through presiding over two related actions for the past five years.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Joan N. Ericksen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

> FOR THE PANEL:
>
> /s/ Wm. Terrell Hodges
> ───────────────────
> Wm. Terrell Hodges
> Chairman

# SCHEDULE A

## MDL-1849 -- In re C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

### Northern District of Alabama

*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:06-4926
*Jacqueline Burt, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-630
*Brenda Mitchell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-730

### Eastern District of Arkansas

*Tammy L. Gately, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-290

### Central District of California

*Mimi Vuong v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1428
*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-301
*Kent Alles, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-571

### Eastern District of California

*Gladys Garcia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-157
*Scott D. Hyder, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-665

### Northern District of California

*Kimberly Elam, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-475

### Southern District of California

*Bryce A. Amburn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-650

### District of Colorado

*Mari A. Danielson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-602

### Middle District of Florida

*Natesha M. Hyde v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-208
*Tracy L. Buglione, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-228

- A2 -

### Southern District of Florida

*Celeste A. Hernandez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-60504
*Maria Teresa Diaz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-21033

### Northern District of Georgia

*Terri Kuvach, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-328
*Lynn A. Amorose, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-951

### Central District of Illinois

*Heidi Michelle Poepsel v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-1101

### Northern District of Illinois

*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6461
*Angela L. Jacobson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6465
*Anne K. Ciaglia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6507
*Joann M. McGill, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6510
*Craig Bowen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6516
*Lynette DiNova, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6545
*Joanna Elke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6552
*Roy Rogenic, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6553
*Michael Blackburn v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6563
*Sharon K. Dodson-McDonald, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6564
*Brendan M. Clarke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6581
*Amber Vandersommen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6582
*Leslie Nemelka, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6623
*Ariel B. Crotty, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6630

### Southern District of Indiana

*Catherine A. Wilcox v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-197

### Southern District of Iowa

*Arlene J. Murray, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-141

### District of Kansas

*Kimberly K. Bethel, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2129
*Lisa M. Quigley, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-1063

- A3 -

### Eastern District of Louisiana

*Morgan J. Wood, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1269

### Western District of Louisiana

*Richard Cahn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-776

### District of Massachusetts

*Cheryl D. Braithwaite, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-12278

### Eastern District of Michigan

*Carla M. Strugala v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-10767
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-11604

### Western District of Michigan

*Susan J. McGowan, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-361

### District of Minnesota

*Jamie L. Benner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4640
*Justin Accola, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4643
*Jeffrey Cichosz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4644
*William F. Holmberg, Jr. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4645
*Elizabeth Marianne Buck, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4646
*Penny M. Cantazaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4647
*Kathy Cota, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4648
*Jill K. East, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4649
*Kathleen L. Hambleton, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4650
*Elizabeth Hopp v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4651
*Joann F. Larson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4652
*Kelley S. Lyons, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4653
*Kimberly M. Martineau, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4654
*Sandra Steinmetz, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4655
*John Gino Giovannoni v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4960
*Sally J. Dowden, et al., C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-89
*Amelia M. Alfaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-90
*Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-251
*Claudia Alicia Martinez, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-542
*Jennifer N. Mcinnis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-544

- A4 -

### District of Minnesota (Continued)

*Beth Shaw, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-595
*Shannon Davis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1119
*Esther Nevarez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1563
*Nora Hageman, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1870
*Patricia A. Parrish, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1912
*Shannon D. Anderson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2749
*Christopher L. Sims, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-2878

### Eastern District of Missouri

*Heather Lee Markle, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-428

### Western District of Missouri

*Leslie D. Birdwell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-3193

### District of Montana

*Jason S. Galloway v. C.H. Robinson Worldwide, Inc.*, C.A. No. 9:07-45

### District of Nebraska

*Sharon Haack v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-130

### District of New Jersey

*Christine M. Doto, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1382

### District of New Mexico

*Dirk Keisesr, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-392

### District of Nevada

*Debra J. Wentworth v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-145

### Northern District of New York

*Laura J. Jeneault, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-656

- A5 -

Western District of New York

*Timothy W. Baierlein, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-182

Western District of North Carolina

*LaToya R. McCants, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-252

Northern District of Ohio

*Julie Gallagher, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-846

Western District of Oklahoma

*Timothy J. Bumgarner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-278

District of Oregon

*Allison M. Cassie, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-333

Eastern District of Pennsylvania

*Richelle Maki, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1238
*Jennifer L. Walker, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1355

Western District of Pennsylvania

*Wallace Kip Guenther, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-495

District of South Carolina

*Rodney Brewer, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-3595
*Erika DeRoberts, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-958

District of South Dakota

*Angela K. Smoot v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-4038

Eastern District of Tennessee

*Carolyn Baker Hall, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-46

- A6 -

### Middle District of Tennessee

*Kari S. Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-454

### Western District of Tennessee

*Rhea L. Nadler, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2228

### Eastern District of Texas

*Aaron Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-1

### Northern District of Texas

*Stephanie Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-409

### Western District of Texas

*Adelita Dickson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-186

### District of Utah

*Jason K. Bergquist, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-262

### Eastern District of Virginia

*Thea Winterbottom, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-390

### Eastern District of Washington

*Kim M. Flowers, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-104

### Western District of Washington

*Wendy L. Ferger, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-705

### Eastern District of Wisconsin

*Kelly K. Hoell v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-267

# INVOLVED JUDGES LIST
## MDL NO. 1849
## IN RE C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Federal Bldg.
Two South Main Street
Akron, OH 44308

Hon. Lynn S. Adelman
U.S. District Judge
204 U.S. Courthouse & Federal Bldg.
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Hon. Wayne R. Andersen
U.S. District Judge
1486 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. G. Ross Anderson, Jr.
U.S. District Judge
P.O. Box 2147
Anderson, SC 29622-2147

Hon. Donald C. Ashmanskas
U.S. Magistrate Judge
1127 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Henry Edward Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Cthse.
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Cthse.
111 South 18th Plaza
Omaha, NE 68102

Hon. Robert Holmes Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Robert E. Blackburn
U.S. District Judge
A741 Alfred A. Arraj U.S. Courthouse
901 Nineteenth Street
Denver, CO 80294-3589

Hon. Sharon Lovelace Blackburn
Chief Judge, U.S. District Court
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. John C. Coughenour
Senior U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Cameron McGowan Currie
U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

Hon. John T. Curtin
Senior U.S. District Judge
624 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Robert L. Echols
Senior U.S. District Judge
824 Estes Kefauver
Federal Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. James C. England
U.S. District Judge
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. Eldon E. Fallon
U.S. District Judge
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. J. Owen Forrester
Senior U.S. District Judge
1921 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. Thomas M. Golden
U.S. District Judge
United States District Court
401 Madison Building
400 Washington Street
Reading, PA 19601-3915

Hon. Joan B. Gottschall
U.S. District Judge
2356 Everett McKinley Dirksen U.S. Cthse.
219 S. Dearborn Street
Chicago, IL 60604

Hon. William T. Hart
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Judith C. Herrera
U.S. District Judge
Peter V. Domenici U.S. Courthouse
333 Lomas Blvd., NW
Suite 710
Albuquerque, NM 87102

Hon. Larry R. Hicks
U.S. District Judge
804 Bruce R. Thompson U.S. Cthse.
400 South Virginia Street
Reno, NV 89501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Anthony W. Ishii
U.S. District Judge
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721-1318

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. George W. Lindberg
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Ronald E. Longstaff
Senior U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Joe B. McDade
U.S. District Judge
127 Federal Building
100 N.E. Monroe
Peoria, IL 61601

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John A. Nordberg
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. William C. O'Kelley
Senior U.S. District Judge
75 Spring Street, S.W.
1942 U.S. Courthouse
Atlanta, GA 30303

Hon. John Corbett O'Meara
Senior U.S. District Judge
400 Federal Building
200 E. Liberty Street
Ann Arbor, MI 48104

Hon. Lawrence L. Piersol
U.S. District Judge
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104

Hon. T. Michael Putnam
U.S. Magistrate Judge
275 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
Edward J. Schwartz U.S. Courthouse
Suite 2160
940 Front Street
San Diego, CA 92101

Hon. Patti B. Saris
U.S. District Judge
8110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex, Level Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. James V. Selna
U.S. District Judge
10030 Ronald Reagan Federal Building
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

Hon. Jorge A. Solis
U.S. District Judge
13B31 U.S. Courthouse
1100 Commerce Street, Room 1654
Dallas, TX 75242-1003

Hon. Amy J. St. Eve
U.S. District Judge
1260 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Ursula M. Ungaro
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr.
U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Oliver W. Wanger
Senior U.S. District Judge
7801 Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Richard L. Williams
Senior U.S. District Judge
Lewis F. Powell, Jr.,
U.S. Courthouse, Room 307
1000 East Main Street
Richmond, VA 23219

Hon. Stephen V. Wilson
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

# INVOLVED CLERKS LIST
## MDL NO. 1849
### IN RE C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

David J. Weaver, Clerk
P.O. Box 8199
Ann Arbor, MI 48107

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Cthse.
111 South 18th Plaza
Omaha, NE 68102-1322

Fernando Galindo, Clerk
307 Lewis F. Powell, Jr. U.S. Cthse.
1000 East Main Street
Richmond, VA 23219-3525

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Bldg.
Two South Main Street
Akron, OH 44308-1876

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Cthse.
901 19th St.
Denver, CO 80294-3589

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ingrid A. Campbell, Acting Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Cthse.
111 South Tenth Street
St. Louis, MO 63102-1116

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

John M. Waters, Clerk
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Lance S. Wilson, Clerk
Bruce R. Thompson U.S. Cthse.
& Fed. Bldg., Suite 301
400 South Virginia Street
Reno, NV 89501

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Laura A. Briggs, Clerk
304 Federal Building
101 N.W. Martin Luther King
Boulevard
Evansville, IN 47708

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl S. McConnell, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
G-65 John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

William T. Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

RULE 1.6:   TRANSFER OF FILES

     (a)    Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action.

     (b)    If an appeal is pending, or a notice of appeal has been filed, or leave to appeal has been sought under 28 U.S.C. §1292(b) or a petition for an extraordinary writ is pending, in any action included in an order of transfer under 28 U.S.C. §1407, and the original file or parts thereof have been forwarded to the court of appeals, the clerk of the transferor district court shall notify the clerk of the court of appeals of the order of transfer and secure the original file long enough to prepare and transmit to the clerk of the transferee district court a certified copy of all papers contained in the original file and a certified copy of the docket sheet.

     (c)    If the transfer order provides for the separation and simultaneous remand of any claim, cross-claim, counterclaim, or third-party claim, the clerk of the transferor district court shall retain the original file and shall prepare and transmit to the clerk of the transferee district court a certified copy of the docket sheet and copies of all papers except those relating exclusively to separated and remanded claims.

     (d)    Upon receipt of an order to remand from the Clerk of the Panel, the transferee district court shall prepare and send to the clerk of the transferor district court the following:

          (i)    a certified copy of the individual docket sheet for each action being remanded;
          (ii)    a certified copy of the master docket sheet, if applicable;
          (iii)    the entire file for each action being remanded, as originally received from the transferor district court and augmented as set out in this rule;
          (iv)    a certified copy of the final pretrial order, if applicable; and
          (v)    a "record on remand" to be composed of those parts of the files and records produced during coordinated or consolidated pretrial proceedings which have been stipulated to or designated by counsel as being necessary for any or all proceedings to be conducted following remand. It shall be the responsibility of counsel originally preparing or filing any document to be included in the "record on remand" to furnish on request sufficient copies to the clerk of the transferee district court.

     (e)    The Clerk of the Panel shall be notified when any files have been transmitted pursuant to this Rule.